No. 97–750.   ALASKA v. UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 97–765.   GNADT v. CASTRO ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 97–766.   HARBOR BANCORP & SUBSIDIARIES ET AL. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 97–774.   NEWTON COUNTY WILDLIFE ASSN. ET AL. v. ROGERS ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 97–777.   WEBCOR PACKAGING, INC. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 6th Cir.   Certiorari denied.

No. 97–779.   FRIENDS OF THE VIETNAM VETERANS MEMORIAL ET AL. v. STANTON, DIRECTOR, NATIONAL PARK SERVICE, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 97–782.   BEALS v. KIEWIT PACIFIC CO., INC.   C. A. 9th Cir.   Certiorari denied.

No. 97–786.   CLIFTON ET AL. v. FEDERAL ELECTION COMMISSION.   C. A. 1st Cir.   Certiorari denied.

No. 97–794.   CONSOLIDATED EDISON COMPANY OF NEW YORK ET AL. v. PENA, SECRETARY OF ENERGY, ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 97–824.   SHORT v. CITY OF WEST POINT ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 97–833.   MASSACHUSETTS STATE POLICE ASSN. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 1st Cir.   Certiorari denied.

No. 97–836.   NORTH CAROLINA v. FEDERAL ENERGY REGULATORY COMMISSION; and
No. 97–839.   ROANOKE RIVER BASIN ASSN. v. FEDERAL ENERGY REGULATORY COMMISSION.   C. A. D. C. Cir.   Certiorari denied. Reported below: 112 F. 3d 1175.